```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 27403
    SHARON JONES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-4380

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 07/11/2005 and was confirmed 09/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 04/19/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
---------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED          400.00         42.18         110.46
AMERICAN GENERAL FINANCE   UNSECURED     NOT FILED           .00            .00
AMERICREDIT FINANCIAL SV   SECURED         8300.00       1759.33        2227.77
AMERICREDIT FINANCIAL SV   UNSECURED     12689.67            .00            .00
ARONSON FURNITURE          SECURED          400.00         42.18         110.46
ARONSON FURNITURE          UNSECURED       1079.25           .00            .00
SEAWAY FURNITURE           SECURED          400.00         47.74         114.14
SEAWAY FURNITURE           UNSECURED     NOT FILED           .00            .00
ALLIED INTERSTATE          UNSECURED     NOT FILED           .00            .00
ALLIED INTERSTATE          UNSECURED     NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED     NOT FILED           .00            .00
CAPITAL ONE                UNSECURED       1314.25           .00            .00
CARD PROCESSING CENTER     UNSECURED     NOT FILED           .00            .00
CARD PROCESSING CENTER     UNSECURED     NOT FILED           .00            .00
AT & T WIRELESS            UNSECURED     NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED        970.00           .00            .00
COLLECTION COMPANY OF AM   UNSECURED     NOT FILED           .00            .00
COLLECTION COMPANY OF AM   UNSECURED     NOT FILED           .00            .00
ERS                        UNSECURED     NOT FILED           .00            .00
HINCKLEY SPRING WATER      UNSECURED     NOT FILED           .00            .00
ECMC                       FILED LATE     4386.79           .00            .00
NCO FINANCIAL INC          UNSECURED     NOT FILED           .00            .00
PARK DANSAN                UNSECURED     NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        340.03           .00            .00
SEVENTH AVENUE             UNSECURED     NOT FILED           .00            .00
SOUTHSHORE BANK            UNSECURED     NOT FILED           .00            .00
TCF NATIONAL BANK          UNSECURED     NOT FILED           .00            .00
TRIAD FINANCIAL            UNSECURED     NOT FILED           .00            .00
WEXLER & WEXLER            UNSECURED     NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED       1038.44           .00            .00
RIDDLE & ASSOC PC          UNSECURED     NOT FILED           .00            .00
TELECHECK                  UNSECURED     NOT FILED           .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 27403 SHARON JONES
```

```
COMCAST CABLE COMMUNICAT  UNSECURED        391.42              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,275.28                         2,275.28
TOM VAUGHN                TRUSTEE                                           401.40
DEBTOR REFUND             REFUND                                            319.06

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 7,450.00

PRIORITY                                               .00
SECURED                                           2,562.83
     INTEREST                                     1,891.43
UNSECURED                                              .00
ADMINISTRATIVE                                    2,275.28
TRUSTEE COMPENSATION                                401.40
DEBTOR REFUND                                       319.06
                        ---------------     ---------------
TOTALS                  7,450.00                  7,450.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 07/18/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 05 B 27403 SHARON JONES